UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                    CASE NO.   05-50323-BKC-
MARY L. HIGGS

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $    22.05   remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $    .00    remaining in her bank account which represents small dividends as defined by FRBP 3010.

    Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

    WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date:  2-28-11

NANCY N. HERKERT
CHAPTER 13 TRUSTEE

Copies to:

MARY L. HIGGS
2111 NW 153 STREET
OPA LOCKA, FL 33054

CHRISTIAN J. OLSON, ESQUIRE
4901 NW 17 WAY
SUITE 503
FORT LAUDERDALE, FL 33309

U.S.DEPT. OF EDUCATION
P.O.BOX 4169
GREENVILLE,TX 75403-4169

U.S.DEPT. OF EDUCATION
P.O.BOX 4169
GREENVILLE,TX 75403-4169

US DEPARTMENT OF EDUCATION
PO BOX 13328
RICHMOND VA. 23225

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

Rec # 289777

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                    CASE NO.   05-50323-BKC-
MARY L. HIGGS


CHAPTER 13


MARY L. HIGGS

2111 NW 153 STREET
OPA LOCKA, FL 33054


CHRISTIAN J. OLSON, ESQUIRE
4901 NW 17 WAY
SUITE 503
FORT LAUDERDALE, FL 33309

U.S.DEPT. OF EDUCATION          ---------$          8.76     STALe
P.O.BOX 4169                                                 CR #6
GREENVILLE,TX 75403-4169


U.S.DEPT. OF EDUCATION          ---------$         13.29     STALe
P.O.BOX 4169                                                 CR #6
GREENVILLE,TX 75403-4169


US DEPARTMENT OF EDUCATION      ---------$           .00
PO BOX 13328
RICHMOND VA. 23225


U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130